**JS 45 (5/97) - (Revised USAO MA 11/15/05)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** SECRET SERVICE

IN CLERKS OFFICE

**City** Framingham   **Related Case Information:**

**County** Middlesex   Superseding Ind./ Inf. _____   2009 APR 21   A 9: 14
Case No.
Same Defendant _____   New Defendant
Magistrate Judge Case Number _____   U.S. DISTRICT COURT
Search Warrant Case Number _____   DISTRICT OF MASS.
R 20/R 40 from District of _____

**Defendant Information:**   **0 9   CR   1 0 1 2 0**

Defendant Name   Jeremy Jethro   Juvenile   ☐ Yes   ☐ No

Alias Name _____

Address   60 Hamilton Ave., Apt. 8H. Staten Island, NY 10301

Birth date (Year only): 1981  SSN (last 4 #): 9179  Sex M Race:   Caucasion   Nationality: USA

Defense Counsel if known:   Stacey Richman   Address: 2027 Williamsbridge Road
Bronx, New York 10461

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Stephen P. Heymann   **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes ☒ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☒ Misdemeanor 1   ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 20 2009   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant _____ Jeremy Jethro _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: