AO 83 (Rev. 02/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEREMY JETHRO | ) | Case No. 09-10120-MBB |
| | ) | |
| _____ | ) | |
| Defendant's name and address | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: USDC, District of Massachusetts One Courthouse Way, Boston, MA | Courtroom No.: 25 |
|---|---|
| | Date and Time: 05/27/2009 2:30 pm |

This offense is briefly described as follows:

Misdemeanor conspiracy to defraud the U.S.

Date: 04/28/2009

_____
Issuing officer's signature

Marc K Duffy, Deputy Clerk
Printed name and title

## Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
Server's signature

_____
Printed name and title

Remarks: