# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: USA | COURT CASE NUMBER: 09-10120 |
| DEFENDANT: Jeremy Jethro | TYPE OF PROCESS: Summons |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jeremy Jethro

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 40 Hamilton Ave, Apt 3H, Staten Island, NY 10301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

USDC, District of Mass
One Courthouse Way, Boston, MA
c/o Marc K Duffy, Clerk

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

None

617-748-

Signature of Attorney or other Originator requesting service on behalf of: Marc K Duffy  ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: X9220

DATE: 4/28/09

2009 APR 28 P   DISTRICT OF MASSACHUSETTS   RECEIVED

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 30 | No. 53 | M | 4/28/09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:** Full ED/NY
**JDIS case number:** CR-09-10120
**Entered:** 4/28/09
**Forward district:** 53 (please close)
**Closed:** _____

5/6/9 No response   5/12/9 No response
5/26/9 No response
Three endeavors no success. Returned unexecuted
Leonard Simon, USM

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|