UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) Case No. 1:09-cr-10120 |
| v. | ) |
|  | ) |
| JEREMY JETHRO, | ) |
|  | ) |
| Defendant | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, Douglas B. Rosner, a member of the bar of the United States District Court for the District of Massachusetts, hereby moves that Stacey G. Richman, Esq. be admitted to appear and practice in this Court in this particular case as counsel to Jeremy Jethro (the "Defendant"). As set forth in the accompanying Affidavit, Ms. Richman is a member in good standing of the bar of the States of New York, New Jersey and California, the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey and the Central District of California and the United States Court of Appeals for the Second Circuit. She has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Ms. Richman be admitted to practice pro hac vice in this case.

Dated: June 23, 2009           /s/ Douglas B. Rosner
                               Douglas B. Rosner, Esq. (BBO #559963)
                               GOULSTON & STORRS, P.C.
                               400 Atlantic Avenue
                               Boston, MA  02110-3333
                               Tel:  (617) 482-1776
                               Fax:  (617) 574-4112

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) Case No. 1:09-cr-10120 |
| v. | ) |
| JEREMY JETHRO, | )<br>) |
| Defendant | ) |

## AFFIDAVIT OF STACEY G. RICHMAN, ESQ.
## IN SUPPORT OF ADMISSION PRO HAC VICE

I, Stacey G. Richman, hereby depose and state as follows:

1. I am the principal at the Law Offices of Murray Richman representing the Defendant in this case.

2. I am admitted to practice in the States of New York, New Jersey and California, the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey and the Central District of California and in the United States Court of Appeals for the Second Circuit.

3. I am a member of the bar in good standing in those jurisdictions in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in those jurisdictions in which I have been admitted to practice.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

Sworn to this 29th day of May 2009 under the pains and penalties of perjury.

Stacey G. Richman
Law Offices of Murray Richman
2027 Williamsbridge Road
Bronx, New York 10461
Tel. (718) 892-8588
Fax: (718) 518-0674
Email: SRichmanLaw@msn.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 1:09-cr-10120 |
| v. ) | |
| ) | |
| JEREMY JETHRO, ) | |
| ) | |
| Defendant ) | |

## **CERTIFICATE OF SERVICE**

I, Douglas B. Rosner, hereby certify that on this 23rd day of June, 2009, I caused to be served a copy of the **Motion for Admission Pro Hac Vice** via the Court's ECF system on the person listed on the attached Service List.

/s/ Douglas B. Rosner
Douglas B. Rosner (BBO #559963)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110
Tel:    (617) 482-1776
Fax:   (617) 574-4112
drosner@goulstonstorrs.com

-2-

Service List

Stephen P. Heymann
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston , MA 02210
**Counsel to the Plaintiff**