UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.           ) | Case No. 1:09-cr-10120-MBB |
| ) | |
| JEREMY JETHRO         ) | |
| ) | |
| Defendant.  ) | |

**GOVERNMENT'S ASSENT TO REQUEST TO TRAVEL**

The government does not object to the request of defendant, Jeremy Jethro, to travel from October 5-12, 2009, under the circumstances stated in his request filed with this Court on September 23, 2009.

        Respectfully submitted,

        MICHAEL K. LOUCKS
        Acting United States Attorney

By:    */s/ Stephen P. Heymann*
        Stephen P. Heymann
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Stephen P. Heymann*
        Stephen P. Heymann
        Assistant United States Attorney

Date: September 24, 2009