LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

January 20, 2010

Honorable Marianne B. Bowler
United States Magistrate Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE: United States v. Jeremy Jethro
09-CR-10120 (MBM)
Request for Adjournment of Sentencing
Current Sentencing Date: 2/8/10
Proposed Sentencing Date: 3/22/10

Your Honor:

Please receive this letter as a motion for an adjournment of the sentencing date currently set for February 8, 2010. I am due to return from Belgrade to New York on a business matter on the seventh of February. The Court has requested I start a trial on the eighth in New York County Supreme Court. I apologize however I fear that due to recent travel and weather issues that I may be delayed in getting to Boston and do not wish to inconvenience the Court or offend a trial date. On the sixteenth of February I depart for a trip with my sister and upon returning begin another trial on the twenty fifth of February which is anticipated at three weeks.

Per my discussions with AUSA Stephen Heymann the Government has no objection to an adjournment of the sentencing of this matter. The Government noted that March 22, 2010 would be a convenient date if it met with the approval of the Court. All of the documentation is complete, my submission on behalf of Mr. Jethro will be submitted shortly.

I look forward to the direction of the Court and apologize for any inconvenience.

Most respectfully,

Stacey Richman

cc: AUSA Stephen Heymann
U.S.P.O. Jennifer D. Sinclair