UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                            CASE NO.09-CR 010120(MB)

         v.                                          MOTION FOR ADJOURNMENT
                                                                     OF SENTENCING DATE
JEREMY JETHRO
------------------------------------------------------X

YOUR HONOR:

      This motion seeks an adjournment of the sentencing date in this matter from February 8, 2010 to March 22, 2010. The Government has no objection, and specified that the date of March 22, 2010 is a date that works for the Government.

      This motion is made, as set forth in counsel's letter to the Court of January 20, 2010, due to travel and trial schedules which impede the ability of defense counsel to appear in Boston, Massachusetts on February 8, 2010. This is the first request for an adjournment of the sentencing date and shall, barring any unforeseen event, be the last.

      I have conferred with Mr. Duffy and I understand that March 22, 2010 is an available date on the Court's calendar. I apologize for any inconvenience.

                                                                        Most respectfully, 1/22/10

                                                                       Stacey Richman

Cc:
AUSA Stephen Heymann
U.S.P.O. Jennifer Sinclair