UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 1:09-CR-10120-001 |
| | ) | |
| JEREMY JETHRO | ) | |
| Defendant. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Please include the undersigned as local counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

> Respectfully submitted,
> UNITED STATES OF AMERICA
> By its attorneys
>
> CARMEN M. ORTIZ
> United States Attorney
>
> By:   /s/ Christopher R. Donato
> CHRISTOPHER R. DONATO
> Assistant U.S. Attorney
> BBO# 628907
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3303
> Chris.Donato@usdoj.gov

DATE: April 9, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

> /s/ Christopher R. Donato
> CHRISTOPHER R. DONATO
> Assistant U.S. Attorney