UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>JEREMY JETHRO )<br>   Defendant. ) | COURT NO.  1:09-CR-10120-001 |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Jeremy Jethro, by payment in full.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

          By:  /s/  Christopher R. Donato
             CHRISTOPHER R. DONATO
             Assistant U.S. Attorney
             BBO# 628907
             1 Courthouse Way, Suite 9200
             Boston, MA 02210
             (617) 748-3303
             Chris.Donato@usdoj.gov

DATE: April 9, 2015

## CERTIFICATE OF SERVICE

 I hereby certify that on April 9, 2015, this document was filed through the ECF system and sent to Jeremy Jethro located in Staten Island, NY, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                /s/ Christopher R. Donato
                CHRISTOPHER R. DONATO
                Assistant U.S. Attorney